**FILED**
CLERK, U.S. DISTRICT COURT
10/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*8:21-mj-00715-DUTY*

| | |
|---|---|
| United States of America <br><br> PLAINTIFF(S) <br> v. <br><br> Kim Michael Sorgente <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 1:21-mj-00634 <br><br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the District of Columbia on 10/21/2021
at 4:22  ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about January 6, 2021
in violation of Title 18 U.S.C., Section(s) 231(a)(3), 1752(a)(1), 1752(a)(2)
to wit: Obstruction of Law Enforcement During Civil Disorder; Disorderly and Disruptive Conduct in a Restricted Building

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Robin M. Meriweather

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/25/2021
Date

_（signature）_
Signature of Agent

Jessica Salo
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT